**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   OLGA C. RODAS

**Order Filed on May 8, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  **19-25788 RG**

Hearing Date:  **5/6/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  OLGA C. RODAS

Case No.:  19-25788

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/06/2020 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend Loss Mitigation Program by 5/13/2020;
  and it is further

- ORDERED, that if the Court's Docket does not reflect an application to extend Loss Mitigation Program
  has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to
  Debtor or Debtor's Attorney.