Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25788−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Olga C. Rodas
  114 Sussex Ave.
  Morristown, NJ 07960

Social Security No.:
  xxx−xx−3629

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/17/20 at 10:00 AM

to consider and act upon the following:

**49** – Certification in Opposition to Debtor's Application for Extension of Loss Mitigation Period (related document:48 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Olga C. Rodas. Objection deadline is 5/19/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Olga C. Rodas) filed by Andrew M. Lubin on behalf of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee. (Attachments: # 1 Certificate of Service) (Lubin, Andrew)

Dated: 5/20/20

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court