| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 203368-19<br>Attorneys for Secured Creditor: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 | Order Filed on September 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Olga C. Rodas | Case No.: 19-25788-RG<br>Chapter 13<br><br>Hearing Date: September 16, 2020<br>Time: 10:00 a.m.<br><br>Judge: Rosemary Gambardella |

## LOSS MITIGATION ORDER RESOLVING
## SECURED CREDITOR'S OBJECTION TO DEBTOR'S APPLICATION FOR EXTENSION OF LOSS MITIGATION PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the application of Debtor, Olga C. Rodas, by her attorney, Russell B. Low, Esquire, for an extension of the loss mitigation period and opposition having been filed by Secured Creditor, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1, and the parties having been represented by their respective counsel, and for good cause shown, it is ORDERED as follows:

1. The Debtor application for an extension of the loss mitigation time period is approved regarding the mortgage loan on the real property owned by Debtor and located at 114 Sussex Avenue, Morristown, NJ 07960 (the "Property").

2. The Loss Mitigation Period shall terminate forty-five days from the entry of this Order, subject to the Debtor filing an *Application for Extension of the Loss Mitigation Period* under Section IX.B of the Court's *Loss Mitigation Program and Procedures* (LMP).

3. The parties shall utilize the loss mitigation portal during the Loss Mitigation Period.

4. Within 10 days of the entry of this Order, the Debtor shall upload and submit a completed Creditor's Initial Package through the loss mitigation portal.

5. The Debtor shall make adequate protection payments to the Secured Creditor.

6. Within 10 business days of the Debtor's submission of the Creditor's Initial Package, the Secured Creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

7. If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.