**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorney for Debtors**

---

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Olga C. Rodas | : | HONORABLE ROSEMARY GAMBARDELLA |
| | : | CASE NO. 19-25788 |
| Debtor | : | CHAPTER 13 |

---

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

---

I, Russell L. Low, being of full age, hereby certify the following:

1. I represent the above-mentioned debtor, Olga C. Rodas in this current bankruptcy proceeding.

2. On December 11, 2020 an Application for Early Termination was entered by Select Portfolio Servicing, Inc.

3. On November 9th the debtor's application for a loan modification was denied.

4. At this time, the debtor's counsel is requesting the opportunity to resubmit an application for a loan modification with updated proof of income.

Dated: December 21, 2020

/s/ Russell L. Low, Esq.
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor