| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 203368-18<br>Attorneys for Secured Creditor: U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 | Order Filed on December 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Olga C. Rodas | Case No.: 19-25788-RG<br>Chapter 13<br><br><br>Judge: Rosemary Gambardella |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 21, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Rev. 12/17/19

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>November 12, 2019</u>:

Property:  <u>114 Sussex Avenue, Morristown, NJ 07960</u>

Creditor:  <u>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1</u>

and a Request for

- ☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by <u>Secured Creditor</u>, and for good cause shown

It is hereby ORDERED that,

- ☐ The Loss Mitigation Period is extended up to and including _____.

- ☒ The Loss Mitigation Period is terminated, effective _____.

Ad it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

If this case is dismissed duringthe loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

Rev. 12/17/19