| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 203368-18<br>Attorneys for Secured Creditor: U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 | Order Filed on December 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Olga C. Rodas | Case No.: 19-25788-RG<br>Chapter 13<br><br>Judge: Rosemary Gambardella |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Rev. 12/17/19

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>November 12, 2019</u>:

Property:  <u>114 Sussex Avenue, Morristown, NJ 07960</u>

Creditor:  <u>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1</u>

and a Request for

- ☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by <u>Secured Creditor</u>, and for good cause shown

It is hereby ORDERED that,

- ☐ The Loss Mitigation Period is extended up to and including _____.
- ☒ The Loss Mitigation Period is terminated, effective _____.

Ad it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

If this case is dismissed duringthe loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

Rev. 12/17/19

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25788-RG |
| Olga C. Rodas | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Olga C. Rodas, 114 Sussex Ave., Morristown, NJ 07960-2966 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

**Name**         **Email Address**

Andrew M. Lubin
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank National Association, as Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Andrew M. Lubin
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Olga C. Rodas ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6